ERIC GRANT
United States Attorney
KIMBERLY A. SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Sep 17, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KURT WILLER,

Defendant.

CASE NO. 2:26-cr-00168 DJC

18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of Children; 18 U.S.C. § 2252(a)(4)(b) – Possession of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of Children]

The Grand Jury charges: T H A T

KURT WILLER,

defendant herein, on or about March 3, 2026, in the State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce "Child Victim 1" and "Child Victim 2," both minors under 12, to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct and producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transmitted using any means and facility of interstate and foreign commerce, and the visual depiction

was transmitted in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]

The Grand Jury further charges: T H A T

KURT WILLER,

defendant herein, beginning on or about September 3, 2024, and continuing through on or about April 30, 2026, in the State and Eastern District of California, knowingly possessed at least one matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means including by computer, where the production of such visual depiction involved the use of a pre-pubescent minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant KURT WILLER shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

a. Apple iPhone 16, Serial Number: C2F09JWWXY, and
b. Lenovo Idea Pad 3, Model 15ITL6, Serial Number: PF2NKKQT.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

Eric Grant
ERIC GRANT
United States Attorney

*No.* 2:26-cr-00168 DJC

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

KURT WILLER

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of Children;
18 U.S.C. § 2252(a)(4)(b) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

_______________________________________
*Foreman.*

*Filed in open court this* ____________17th *day*

*of* September__________, *A.D. 20* 26____

__________________/s/ C. Nair__________________
*Clerk.*

*Bail, $* No bail bench warrant to issue.

______________________ [signature]
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:26-cr-00168 DJC

**United States**
**v.**
**KURT WILLER**

**Penalties for Indictment**

**COUNT 1:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of Children |
| PENALTIES: | Mandatory Minimum 15 years and maximum 30 years in prison;<br>Not more than $250,000 fine, or both fine and imprisonment;<br>Supervised Release of at least 5 years and up to life;<br>Restitution |
| SPECIAL ASSESSMENT: | $100 (felony); $5,000 (JVTA/ 18 U.S.C. § 3014); up to $35,000 (18 U.S.C. § 2559A(a)(2)) |

**COUNT 2:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2252(a)(4)(B) – Possession Child Pornography |
| PENALTIES: | A maximum of up to 20 years in prison;<br>Not more than $250,000 fine, or both fine and imprisonment;<br>Supervised Release of at least 5 years and up to life;<br>Restitution |
| SPECIAL ASSESSMENT: | $100 (felony); $5,000 (JVTA/ 18 U.S.C. § 3014); up to $17,000 (18 U.S.C. § 2559A(a)(1)) |

**FORFEITURE ALLEGATION:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |